IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Clarence B

Printed: 8/26/08

Case Number: 05 B 05906
Judge: Hollis, Pamela S
Filed: 2/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 21, 2008
Confirmed: April 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 31,500.00 |  |
| Secured: |  | 5,995.58 |
| Unsecured: |  | 21,828.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,060.00 |
| Trustee Fee: |  | 1,615.98 |
| Other Funds: |  | 0.00 |
| Totals: | 31,500.00 | 31,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,060.00 | 2,060.00 |
| 2. | Charter One Bank | Secured | 0.00 | 0.00 |
| 3. | CenterOne Financial Servs LLC | Secured | 5,995.58 | 5,995.58 |
| 4. | Portfolio Recovery Associates | Unsecured | 8,680.94 | 8,680.94 |
| 5. | Resurgent Capital Services | Unsecured | 8,492.04 | 9,237.84 |
| 6. | Citibank USA | Unsecured | 3,594.05 | 3,909.66 |
| 7. | Robert J Adams & Associates | Priority |  | No Claim Filed |
|  |  |  | $ 28,822.61 | $ 29,884.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 90.00 |
| 3% | 56.72 |
| 5.5% | 412.51 |
| 5% | 75.00 |
| 4.8% | 252.00 |
| 5.4% | 486.00 |
| 6.5% | 243.75 |
|  | $ 1,615.98 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Clarence B

Printed: 8/26/08

Case Number: 05 B 05906
Judge: Hollis, Pamela S
Filed: 2/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

